FILED
April 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D25

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

---

| | | | |
|---|---|---|---|
| **Adversary Title :** | Watters et al v. Riley | Case No : | 09-38458 - C - 7 |
| | | Adv No : | 10-02149 - C |
| | | Date : | 3/29/2011 |
| | | Time : | 01:30 |

**Matter :** [1] – Adversary case 10-02149. (41 (Objection/revocation of Discharge – 727(c),(d), (e), (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability – 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability – 523(a)(6), willful and malicious injury)),(14 (Recovery of money/property – other)) : Complaint 10-02149 by Robert Watters, Tammy Watters against Mimi Melinda Riley. Fee $250 (nhas) Modified on 3/16/2010 (stps).

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

---

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Plaintiff's Attorney – Dennis K. Cowan
**Respondent(s) :**
(by phone)   Defendant's Attorney – Douglas B. Jacobs

---

CIVIL MINUTE ORDER

IT IS ORDERED as follows: A trial will be held on July 19, 2011 at 10:00 a.m. before the Honorable David Russell, Courtroom No. 35, 6th Floor, United States Bankruptcy Court, 501 I Street, Sacramento, California.

The pretrial disclosures required by Federal Rule of Civil Procedure 26(a)(3), as well as the additional materials required by Local Bankruptcy Rule 9017-1 (alternate direct testimony declarations and marked exhibits) are due by the following dates:

Plaintiff: June 21, 2011

Defendant: July 6, 2011

The attention of the parties is invited to the waiver-of-objection provisions of Federal Rule of Civil Procedure 26(a)(3)(B).

Prior to the date set for trial, each party shall deliver to the courtroom deputy for Department C (not filed with the clerk) the original and two copies, with proof of service upon each adverse party, of all documents and other items of evidence proposed to be identified and introduced, together with a cover page consisting of an index of said documents and items of evidence. Plaintiff will mark and separate with tabs its documents 1", 2", and following. Defendant will mark and separate with tabs its documents A, B, and following.

Trial briefs are optional, however, any trial brief shall be filed and served not less than two (2) court days before trial.

Dated: April 18, 2011

United States Bankruptcy Judge

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Dennis Cowan
280 Hemsted Dr #B
PO Box 992090
Redding, CA 96099

Douglas Jacobs
20 Independence Cir
Chico, CA 95973